UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD M. SPILLMAN,

                Plaintiff,

                                                  DECISION AND ORDER
v.                                                 15-CV-829

RYAN M. MURPHY, and
DEBORAH M. MURPHY,

                Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 12, 2015, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 12), recommending that plaintiff's motion to remand this action to the State of New York Supreme Court, Niagara County (Dkt. No. 7) be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, the plaintiff's motion to remand is granted.

        The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

*Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   January 12, 2016